JASON M. FRIERSON
United States Attorney
Nevada Bar Number 7709
KIMBERLY M. FRAYN
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: 702.388.6336 / Fax: 702.388.6418
Kimberly.Frayn@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>MARCUS JONES,<br><br>    Defendant. | Case No. 2:23-mj-00713-BNW<br><br>**Motion to Dismiss the Criminal Complaint**<br><br>**(Filed Under Seal)** |

On or about August 4, 2023, a complaint and arrest warrant issued in this case charging defendant Marcus Jones with violating 18 U.S.C. § 1073(1) (Unlawful Flight to Avoid Prosecution). A few days later, law enforcement located defendant Jones in Saint Louis, Missouri, and attempted to arrest him, but found the defendant deceased. Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves for leave of Court to dismiss the complaint and quash the outstanding federal warrant for defendant's arrest.

Respectfully submitted this 9th day of May, 2024.

JASON M. FRIERSON
United States Attorney

*/s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>MARCUS JONES<br><br>　　　　Defendant. | Case No. 2:23-mj-00713-BNW<br><br>**[Proposed] Order Granting Motion to Dismiss the Criminal Complaint** |

Pursuant to Federal Rule of Criminal Procedure 48(a), and upon leave of Court, the United States hereby dismisses the complaint against Defendant Marcus Jones.

JASON M. FRIERSON
United States Attorney

*/s/ Kimberly M. Frayn*
KIMBERLY M. FRAYN
Assistant United States Attorney

Leave of Court is granted for the filing of the above dismissal. Because the charges against him have been dismissed, it is hereby ordered that the warrant in this case for defendant's arrest is quashed. Because there is no longer reason to keep this case under seal, it is hereby ordered that this case, including the Criminal Complaint and the Government's motion to dismiss, be unsealed.

DATED this __13__ day of __May__, 2024.

_____
HONORABLE BRENDA N. WEKSLER
UNITED STATES MAGISTRATE JUDGE